UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>T. RAMOS, et al.,<br><br>    Defendants. | No. 2:20-cv-0172 JAM DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2020 (ECF No. 6) are adopted in full.

1

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied.

3. Within fourteen days of the date of this order, plaintiff must pay the $400 filing fee if he wishes to proceed with this action. If he fails to do so, this action will be dismissed.

DATED: March 24, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE